**FILED**
MAR 2 3 2009
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELICIA LYNUM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>POLITICAL CANDIDATES, FEDERAL, )<br>COUNTIES, CITIES, *et al.*, )<br>)<br>Defendants. ) | Civil Action No. **09 0537** |

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The court will grant the application, and dismiss the complaint.

The court must dismiss a complaint if it is frivolous, malicious, or fails to state a claim upon which relief can be granted. 28 U.S.C. § 1915(E)(1)(B). In *Neitzke v. Williams*, 490 U.S. 319 (1989), the Supreme Court states that the trial court has the authority to dismiss not only claims based on an indisputably meritless legal theory, but also claims whose factual contentions are clearly baseless. Claims describing fantastic or delusional scenarios fall into the category of cases whose factual contentions are clearly baseless. *Id.* at 328. The trial court has the discretion to decide whether a complaint is frivolous, and such finding is appropriate when the facts alleged are irrational or wholly incredible. *Denton v. Hernandez*, 504 U.S. 25, 33 (1992).

Plaintiff alleges that elected officials, former heads of federal government agencies, and others are responsible for stalking, tormenting and torturing her, for stealing her identity, and for

depriving her of medical and mental health treatment, among other harms. In addition, she alleges that she is has been placed in mental hospitals and given medication against her will. She demands damages of $20 quadrillion dollars" as she has been "physically, mentally, legal [sic], [and] mentally injured permanently." Compl. at 3 (page numbers designated by the Court).

The Court is mindful that a complaint filed by a *pro se* litigant is held to a less stringent standard than is applied to a formal pleading drafted by a lawyer. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Having reviewed plaintiff's complaint, it appears that its factual contentions are baseless and wholly incredible. For this reason, the complaint is frivolous and must be dismissed.

An Order consistent with this Memorandum Opinion is issued separately.

/s/ Royce C. Lamberth
United States District Judge

Date: March 10, 2009